GARY M. RESTAINO
United States Attorney
District of Arizona
ROBERT A. FELLRATH
Assistant U.S. Attorney
Arizona State Bar No. 039246
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Robert.Fellrath@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Marc Anthony Giron,<br><br>　　　　　Defendant. | Case No. 25-08508M-(JR)<br><br>NOTICE OF SUBSTITUTION<br>OF GOVERNMENT COUNSEL |

　　　The United States of America, by and through its undersigned attorneys, gives notice that Robert A. Fellrath files his appearance as counsel for the United States of America in the above-captioned matter, in place of Stefani Hepford.

　　　Respectfully submitted this 13th day of February, 2025.

　　　　　　　　　　　　　　　　　　GARY M. RESTAINO
　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　District of Arizona

　　　　　　　　　　　　　　　　　　*s/ Robert A. Fellrath*
　　　　　　　　　　　　　　　　　　ROBERT A. FELLRATH
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

Copy of the foregoing served electronically or by
other means this 13th day of February, 2025, to:

Jessica Murillo DeAlcoverde, Esq.