TIMOTHY COURCHAINE
United States Attorney
District of Arizona
ROBERT A. FELLRATH
Assistant U.S. Attorney
Arizona State Bar No. 039246
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email:Robert.Fellrath@usdoj.gov
Attorneys for Plaintiff

FILED
2025 MAR -5 PM 1:10
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR25-01346 TUC-JCH(JR)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Marc Anthony Giron,<br><br>　　　　　Defendant. | **I N D I C T M E N T**<br><br>Violations:<br>21 U.S.C. § 846<br>(Conspiracy to Distribute Fentanyl)<br>Count 1<br><br>21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(vi)<br>(Possession with Intent to Distribute Fentanyl)<br>Count 2<br><br>18 U.S.C. § 924(c)(1)(A)(i)<br>(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)<br>Count 3<br><br>18 U.S.C. § 922(g)(1) and 924(a)(8)<br>(Unlawful Possession of a Firearm by a Convicted Felon)<br>Count 4 |

## COUNT 1

Beginning at a time unknown, to on or about February 4, 2025, in the District of Arizona, MARC ANTHONY GIRON did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the grand jury, to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a

1  Schedule II controlled substance, in violation of Title 21, United States Code, Sections
2  841(a)(1) and 841(b)(1)(A)(vi).
3       All in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about February 4, 2025, in the District of Arizona, MARC ANTHONY GIRON did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi).

## COUNT 3

On or about February 4, 2025, in the District of Arizona, MARC ANTHONY GIRON did knowingly possess a firearm, that is, a 9mm Glock 43X semi-automatic pistol, bearing serial no. BYHB944, in furtherance of drug trafficking crime for which he may be prosecuted in a court of the United States and which is alleged in Counts One and Two of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 4

On or about February 4, 2025, in the District of Arizona, MARC ANTHONY GIRON, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: a 9mm Glock 43X semi-automatic pistol, bearing serial no. BYHB944; and the firearm was in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

//

A TRUE BILL

/S/

FOREPERSON OF THE GRAND JURY
Date: March 5, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/S/

ROBERT A. FELLRATH
Assistant U.S. Attorney

REDACTED FOR PUBLIC DISCLOSURE

*United States of America v. Marc Anthony Giron*
*Indictment Page 3 of 3*