JON M. SANDS
Federal Public Defender
**JESSICA MURILLO DE ALCOVERDE**
Assistant Federal Public Defender
NM State Bar No. 151919
407 W Congress St., Ste. 501
Tucson, AZ 85701-1310
Telephone: (520) 879-7500
Jessica_Murillo@fd.org
Attorney for Defendant *Giron*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-25-01346-TUC-JCH (JR) |
|---|---|
| Plaintiff, | **MOTION TO WITHDRAW AS COUNSEL OF RECORD** |
| vs. | |
| Marc Anthony Giron, | |
| Defendant. | |

Assistant Federal Public Defender, Jessica Murillo De Alcoverde, counsel for Defendant, Marc Anthony Giron, hereby moves to withdraw as counsel of record. Professional considerations require termination of the representation. *See* ABA Model Rules of Prof'l Conduct Rule 1.16, Comment 3, and Supreme Court of Arizona, Attorney Ethics Advisory Comm., Ethics Opinion File No. EO-20-0001 (2020).

Defense counsel further requests that new counsel be appointed under the Criminal Justice Act Panel, as defendant has been deemed indigent

Counsel has discussed this motion with Mr. Giron and advised of the plea deadline and trial date.

Assistant United States Attorney, Christina M. Vejar, has been informed of this request.

Undersigned counsel respectfully requests that the Court issue an order withdrawing undersigned counsel and the Federal Public Defender's office from the instant case and appointing substitute counsel from the CJA panel.

**RESPECTFULLY SUBMITTED:**          June 10, 2025.

JON M. SANDS
Federal Public Defender

*s/Jessica Murillo De Alcoverde*
**JESSICA MURILLO DE ALCOVERDE**
Assistant Federal Public Defender
Attorney for Defendant *Giron*